# Washington County Case Number 1987CF000368A State of Wisconsin vs. Taylor, Alvin (nmi)

---

## Case summary

**Filing date**
07-02-1987

**Case type**
Criminal

**Case status**
Closed - Electronic filing

**Defendant date of birth**

**Address**
301 Troy Drive, Mendota Mental Health Institute, Madison, WI 53704-1521

**Branch ID**
4

**DA case number**
2013WA000194

---

## Charges

**Responsible official**
Gonring, Andrew T

**Prosecuting agency**
District Attorney

**Prosecuting agency attorney**
Bensen, Mark David

Printable version

Defendant owes the court: $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 940.01(1) | First Degree Murder 11/29/86 | Felony U | Guilty but Not Guilty Due to Mental Disease/Defect |

---

## Defendant

| **Defendant name** | **Date of birth** | **Sex** | **Race** |
|---|---|---|---|
| Taylor, Alvin (nmi) | | | |

**Address (last updated 04-11-2013)**
301 Troy Drive, Mendota Mental Health Institute, Madison, WI 53704-1521

**JUSTIS ID**

**Fingerprint ID**

### Attorneys

| Attorney name | Entered | Withdrawn |
|---|---|---|
| Schmaus, Gary R | 04-29-2013 | 03-20-2018 |
| Marion, Colleen Marie | 06-11-2018 | 01-15-2019 |
| Newman, Jeremy Alexander | 01-15-2019 | |

---

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 07-17-2020 | Remittitur/Court of Appeals dec & order affirming | | | |
| 07-17-2020 | Order of the Supreme Court | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Petition for review is denied, w/out costs.

04-08-2020   Acknowledgment from Supreme Court

**Additional text:**

Receipt of petition for review.

04-03-2020   Other papers

**Additional text:**

Attachment to Letter received from Atty Newman filed 4/3/20

04-03-2020   Letters/correspondence

**Additional text:**

Letter received from Atty Newman

03-05-2020   Court of Appeals decision & order affirming

06-03-2019   Verification from Court of Appeals

**Additional text:**

receipt of the record

05-29-2019   Transmittal of record to court of appeals

**Additional text:**

Appeals Document Index: 2019AP000867 sent to Court of Appeals by: Cindy Michalski

05-29-2019   Certificate of transmittal

**Additional text:**

of record to COA.

05-28-2019   Notice

**Additional text:**

Notice of Reporter Re Filing of Transcripts

05-16-2019   Other papers

**Additional text:**

Notice of Reporter: filing of Transcript

05-15-2019   Verification from Court of Appeals

**Additional text:**

receipt of notice of appeal

05-15-2019   Index

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Appeals Document Index saved for: 2019AP000867 by: Misty A Schreiner

| Date | Event | Court official |
|------|-------|----------------|
| 05-15-2019 | Notice of compilation of record | |
| 05-09-2019 | Notice of appeal transmittal | |
| 05-09-2019 | Statement on transcript | |
| 05-09-2019 | Notice of appeal | |
| 04-24-2019 | Decision and order | Gonring, Andrew T |

**Additional text:**

denying post-conviction motion; copies to counsel/State via efile, to def via mail

| 03-27-2019 | Brief |
|------|-------|

**Additional text:**

Defendant's Reply

| 03-19-2019 | Brief |
|------|-------|

**Additional text:**

State's Response to Defendant's Rule 809.20(2)h) Postdisposition Motion

| 03-06-2019 | Order of Court of Appeals |
|------|-------|
| 02-28-2019 | Motion |

**Additional text:**

Motion for Extension of Time for Circuit Court to Decide Post-disposition Motion

| 02-28-2019 | Motion |
|------|-------|

**Additional text:**

Motion for Extension of Time for Circuit Court to Decide Predisposition Motion

| 02-15-2019 | Order | Gonring, Andrew T |
|------|-------|----------------|
| 02-14-2019 | Telephone scheduling conference | Gonring, Andrew T |

**Additional text:**

Atty Jeremy Alexander Newman appearing for Def.  Atty Mark David Bensen for State.  TSC held between Court and counsel.  Briefing schedule set; Atty Newman to submit order.

| 02-14-2019 | Proposed Order |
|------|-------|
| 01-30-2019 | Notice of hearing |

**Additional text:**

Telephone scheduling conference on February 14, 2019 at 09:00 am per direction of Court and contact w/State & counsel; notice sent

| 01-17-2019 | Letters/correspondence |
|------|-------|

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Letter received from Kevin C. Petter, Deputy Administrator, Division of Legal Services

01-15-2019  Notice

**Additional text:**

Notice of Entry of Appearance

01-15-2019  Public defender order appointing counsel

01-14-2019  Motion

**Additional text:**

Postdisposition Motion

01-14-2019  Letters/correspondence

**Additional text:**

Letter received from Wisconsin State Public Defender - Appellate Division

01-07-2019  Order of Court of Appeals

**Additional text:**

Time for filing notice of appeal or postconviction motion extended to 2/26/2019

12-28-2018  Motion

**Additional text:**

Motion to Extend Time for Filing Notice of Appeal or Postconviction Motion

11-02-2018  Order of Court of Appeals

**Additional text:**

Time for filing notice of appeal or postconviction motion extended to 12/28/2018

10-29-2018  Motion

**Additional text:**

Motion to Extend Time for Filing Notice of Appeal or Postconviction Motion

08-28-2018  Transcript

**Additional text:**

Transcript Hearing Alvin Taylor 1/17/2018

08-28-2018  Transcript

**Additional text:**

Trial Section  2, (3/16/18)

08-28-2018  Transcript

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Trial Day 3, 3/20/18 | | | |
| 08-28-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Trial Section 1, 3/5/18 - 3/6/18 | | | |
| 08-27-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Transcript -- Hearing -- 2/21/2018 | | | |
| 08-27-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Transcript -- Hearing -- 11/3/17 | | | |
| 08-27-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Transcript -- Hearing -- 9/15/17 | | | |
| 08-27-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Transcript -- Hearing -- 7/14/2017 | | | |
| 08-02-2018 | Order | Gonring, Andrew T | | |
| | **Additional text:** | | | |
| | Order Granting Postdisposition Counsel for the Defendant Access to State's Exhibit #18 | | | |
| 07-25-2018 | Proposed Order | Gonring, Andrew T | | |
| 07-25-2018 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter received from Atty. Marion | | | |
| 07-17-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Further proceedings-5-26-17 | | | |
| 06-11-2018 | Request for court record | | | |
| | **Additional text:** | | | |
| | Appointment of Counsel, Request for Court Record, and Request for Preparation of Transcripts | | | |
| 05-04-2018 | Other papers | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | List of reporters | | | |
| 05-03-2018 | Notice | | | |
| | **Additional text:** | | | |
| | Notice of Intent to Pursue Post Order of Denial of Conditional Release Relief | | | |
| 04-24-2018 | Transcript | | | |
| | **Additional text:** | | | |
| | Transcript -- Trial, Excerpt Decision Only -- 3/20/2018 | | | |
| 04-17-2018 | Order | Gonring, Andrew T | | |
| | **Additional text:** | | | |
| | copies mailed to def, counsel, State | | | |
| 04-10-2018 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter received from Atty Schmaus | | | |
| 04-09-2018 | Order for payment | Gonring, Andrew T | | $585.00 |
| | **Additional text:** | | | |
| | of Psychological Fees | | | |
| 04-03-2018 | Affidavit | | | |
| | **Additional text:** | | | |
| | for Payment of Psychological Fees Dr. Collins $585.00 | | | |
| 03-20-2018 | Order for payment | Gonring, Andrew T | | $3,300.00 |
| | **Additional text:** | | | |
| | of Psychological Fees | | | |
| 03-20-2018 | Video conferencing | Gonring, Andrew T | Balkowski, Lisa A | |
| 03-20-2018 | Court trial | Gonring, Andrew T | Balkowski, Lisa A | |
| | **Additional text:** | | | |

Def appears via video & w/Atty Gary R Schmaus in person. Atty Mark David Bensen for State. Clerk: CP. Atty Schmaus will not call Dr Rawski to testify. Def rests. Argument from State and counsel. Court renders oral decision; petition for conditional release is denied. Court advises def that as long as Mendota and someone w/the qualifications such as Dr Collins doe not support conditional release, it will be extremely difficult for Court to find otherwise in the future.

| 03-19-2018 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Letter received from Atty. Schmaus

03-14-2018   Notes

**Additional text:**

Per Attorney Schmaus, Dr Rawski will not be testifying on 3-20-18; this date to be used for argument and decision as previously discussed. Atty Schmaus to send confirming letter.

03-12-2018   Petition

**Additional text:**

for Payment of Fees for Psychological fees $3,300.00

03-07-2018   Order to produce     Martens, Todd K.
03-07-2018   Proposed Order

**Additional text:**

Order to Produce

03-06-2018   Exhibit

**Additional text:**

State's #1, #2, #3, #4, #5, #6, #7, #8, #9, #13, #14, #15, #18; Def's #11, #12, #16, #17 (Ex. #6, #7, #9, #12 confidential since original documents confidential per statute; Ex. #18 sealed since original document ordered sealed per 8/26/15 Order Sealing Documents)

03-06-2018   Exhibit list
03-06-2018   Court trial     Gonring, Andrew T     Balkowski, Lisa A

**Additional text:**

Def appears in custody & w/Atty Gary R Schmaus. Atty Mark David Bensen for State. Clerk: CP. COURT TRIAL, DAY 2 OF 2 1/2. WITNESS: Dr. Merrick. Recess. Reconvene. WITNESSES: Dr. Merrick (continued); Michael T. Recess. Reconvene. WITNESSES: Jerome H., Alvin T. Recess. Reconvene. WITNESS: Alvin T. (continued). CT set 3-20-18 at 1:30pm for testimony from Dr Rawski, remains as scheduled; report was just received by counsel and counsel is not sure if he will proceed in this regard - will notify Court if Dr Rawski will not be called. Def to appear via video for trial on 3-20; counsel shall be prepared to argue on that day & Court likely to give decision on that day. If Dr Rawski will testify, his report shall be filed and copy provided to State at least one week prior to trial.

03-05-2018   Video conferencing     Gonring, Andrew T     Balkowski, Lisa A

**Additional text:**

witness

03-05-2018   Court trial     Gonring, Andrew T     Balkowski, Lisa A

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def appears in custody & w/Atty Gary R Schmaus.  Atty Mark David Bensen for State.  Clerk: CP.  COURT TRIAL, DAY 1 OF 2 1/2.  Def's petition for conditional release.  Court questions counsel.  Discussion re witnesses and exhibits.  Recess.  Reconvene.  WITNESS: Dr. Anderson (via video).  Recess.  Reconvene.  WITNESS: Dale A. (via phone).  Recess. Reconvene.  WITNESS: Dr Collins.  State rests.  Recess.  Reconvene.  WITNESS: Jeanette J. (via video through counsel's laptop).  Recess.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-22-2018 | Order to produce | Muehlbauer, James K | | |
| 02-22-2018 | Proposed Order | Muehlbauer, James K | | |

**Additional text:**

Order to Produce

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-21-2018 | Video conferencing | Gonring, Andrew T | Balkowski, Lisa A | |
| 02-21-2018 | Status conference | Gonring, Andrew T | Balkowski, Lisa A | |

**Additional text:**

Def via video & by Atty Gary R Schmaus in person.  Atty Mark David Bensen appeared for State.  Clerk: CP.  Discussion re trial, burden of proof and witnesses; State has burden.  State will have Dr testifying in person, individual from Mendota via video, and officer appearing via phone (def consents), unless agreement is reached to use transcript of officer's testimony from previous trial.  Defense will have Dr M. in person on 3-6 and Dr R. in person on 3-20, def, def's sister possibly via video, a friend of def and possibly a previous attorney that represented def. State to prepare in-person OTP w/def being brought to Wash Co no later than 3-4-18; he will also need to be produced on 3-20-18.  Counsel to contact clerk to test any electronic equipment or any other arrangements that need to be made.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-20-2018 | Notes | | | |

**Additional text:**

STH set 2-21-18 at 4:00pm; counsel and DA notified via email and video arrangements made for def.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Notes | | | |

**Additional text:**

STC set 2-16-18 at 2:30pm removed from the calendar due to unavailability of counsel; DA notified via email and notice sent

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-06-2018 | Other papers | | | |

**Additional text:**

Attachment (3 of 3) for letter received from Atty Schmaus

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-06-2018 | Other papers | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Attachment (2 of 3) for letter received from Atty Schmaus

02-06-2018   Letters/correspondence

**Additional text:**

Letter received from with attachment (1 of 3)

01-31-2018   Notice of hearing

**Additional text:**

Court trial on March 20, 2018 at 01:30 pm.

01-31-2018   Notes

**Additional text:**

Per direction of Court and at request of counsel, 1/2 day of court trial added to calendar 3-20-18 at 1:30pm to allow for additional testimony; notice sent

01-26-2018   Letters/correspondence

**Additional text:**

Letter received from Atty Schmaus

01-24-2018   Transcript

**Additional text:**

Transcript-Trial Excerpt-10/05/2016

01-17-2018   Notice of hearing

**Additional text:**

Status conference on February 16, 2018 at 02:30 pm.

| 01-17-2018 | Video conferencing | Gonring, Andrew T | Verhasselt, Brittany T |
|------------|--------------------|--------------------|------------------------|
| 01-17-2018 | Status conference | Gonring, Andrew T | Verhasselt, Brittany T |

**Additional text:**

Def appears in custody via video & w/Atty Gary R Schmaus in person.  Atty Mark David Bensen for State.  Clerk: CP.  2-day court trial currently set to begin 3-5-18.  Discussion re burden of proof; State has burden to show def cannot be safely released into the community.  Discussion re witnesses - Court will allow certain witnesses to appear via video, if possible and/or allowing prior testimony to come in at trial.  Atty Schmaus to meet further w/def and then will be able to finalize witness list.  State/counsel req another status date; def to appear via video.  Status conference scheduled for February 16, 2018 at 02:30 pm.

12-05-2017   Transcript

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Transcript-Court Trial-09/07/2016 | | | |
| 11-15-2017 | Records of prosec. are converted data. See file. | | | |
| 11-03-2017 | Video conferencing | | | |
| | **Additional text:** | | | |
| | Defendant | | | |
| 11-03-2017 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Status conference on January 17, 2018 at 03:00 pm. Court trial on March 5, 2018 at 08:30 am. | | | |
| 11-03-2017 | Hearing | Gonring, Andrew T | Balkowski, Lisa A | |
| | **Additional text:** | | | |
| | Def appears in custody via video & w/Atty Gary R Schmaus in person. Atty Mark David Bensen for State. Clerk: CP. Dr Merrick's report has been reviewed. Court questions State and counsel. Atty Schmaus is trying to get another Dr involved; will need to obtain additional funds from SPD. 2-day court trial requested. Def continues waiver of any time limits; Court accepts waiver. Def waives right to jury trial. Court questions def and accepts waiver. Court trial scheduled for March 5, 2018 at 08:30 am. Status conference scheduled for January 17, 2018 at 03:00 pm. | | | |
| 10-20-2017 | Order to produce | Muehlbauer, James K | | |
| | **Additional text:** | | | |
| | Video Conference | | | |
| 10-20-2017 | Proposed Order | Muehlbauer, James K | | |
| | **Additional text:** | | | |
| | Order to Produce - Video Conference | | | |
| 09-21-2017 | Order for payment | Gonring, Andrew T | | $3,450.00 |
| | **Additional text:** | | | |
| | for Psychological Fees | | | |
| 09-20-2017 | Petition | | | |
| | **Additional text:** | | | |
| | for Payment of Psychological Fees $3450.00 | | | |
| 09-20-2017 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Fax cover sheet received from William A Merrick Ph.D.

| 09-15-2017 | Notice of hearing | | | |

**Additional text:**

Hearing on November 3, 2017 at 11:00 am.

| 09-15-2017 | Hearing | Gonring, Andrew T | Balkowski, Lisa A | |

**Additional text:**

Def in custody via phone & by Atty Gary R Schmaus in person.  Atty Mark David Bensen appeared for State.  Clerk: CP.  Counsel req adj so he may review Dr Merrick's report w/def. Mendota previously requested copy of Dr Collin's report; def objects to have that report released - Court will not release.  Hearing scheduled for November 3, 2017 at 11:00 am.

| 09-07-2017 | Other papers | | | |

**Additional text:**

Conditional Release Report/Plan

| 09-07-2017 | Letters/correspondence | | | |

**Additional text:**

Fax cover sheet received from Dr Merrick

| 09-07-2017 | Order to produce | Pouros, James G. | | |

**Additional text:**

Video Conference

| 09-07-2017 | Proposed Order | Pouros, James G. | | |
| 08-03-2017 | Letters/correspondence | | | |

**Additional text:**

Fax cover sheet received from Mendota Mental Health Inst re: Cover Sheet for Confidential Records filed 8/3/17

| 08-03-2017 | Cover sheet for confidential records | | | |

**Additional text:**

References Amended Report filed 8/3/17

| 08-03-2017 | Letters/correspondence | | | |

**Additional text:**

Cover sheet received from Mendota Mental Health Inst re: Amended Report filed 8/3/17

| 08-03-2017 | Report | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Amended Report received from Mendota Mental Health Institute; Confidential per Cover Sheet for Confidential Records filed 8/3/17

07-31-2017 Report

**Additional text:**

Report received from Mendota Mental Health Institute; Confidential per Cover Sheet for Confidential Records filed 7/31/17

07-31-2017 Cover sheet for confidential records

**Additional text:**

References Report rec'd from Mendota Mental Health Inst filed 7/31/17

07-17-2017 Order                   Gonring, Andrew T

**Additional text:**

Order for Examination - Dr Merrick. Copies to DA and Atty Schmaus via efile, copy mailed to def and DHS, faxed to Winnebago & Adult Care Consultants, emailed to Dr. (doesn't have fax #)

07-14-2017 Video conferencing

**Additional text:**

defendant

07-14-2017 Notice of hearing

**Additional text:**

Hearing on September 15, 2017 at 11:00 am.

07-14-2017 Hearing                 Gonring, Andrew T        Balkowski, Lisa A

**Additional text:**

Def via video & by Atty Gary R Schmaus in person. Atty Mark David Bensen appeared for State. Clerk: CP. Atty Schmaus has requested Dr Merrick to do report; Court grants that request and will so order. Court questions def - def continues to waive any time limits that may apply. Court rec'd letter from Mendota requesting copy of Dr. Collins report be given to them; def objects at this time. Court will not release report unless def agrees; Atty Schmaus to speak to def and advise Court. Hearing scheduled for September 15, 2017 at 11:00 am.

07-12-2017 Letters/correspondence

**Additional text:**

Letter received from Atty Schmaus

07-03-2017 Order to produce           Martens, Todd K.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Video Conference | | | |
| 07-03-2017 | Proposed Order | | | |
| | **Additional text:** | | | |
| | Order to Produce via video conference | | | |
| 06-20-2017 | Final disposition of exhibit | | | |
| | **Additional text:** | | | |
| | Exhibits from 9/7/16 & 9/18/16 hearing destroyed inasmuch as no request for exhibits was made per Notice Concerning Exhibits dated 5/9/2017. | | | |
| 06-12-2017 | Order for payment | Gonring, Andrew T | | $990.00 |
| | **Additional text:** | | | |
| | for Psychological Fees - Dr. Collins | | | |
| 06-12-2017 | Affidavit | | | |
| | **Additional text:** | | | |
| | for Payment of psychological Fees | | | |
| 06-09-2017 | Report | | | |
| | **Additional text:** | | | |
| | Report re: Conditional Release; Dr Anderson, MD and Dr Pruett, PhD; Confidential per Cover Sheet for Confidential Records filed 6/9/17 | | | |
| 06-09-2017 | Cover sheet for confidential records | | | |
| | **Additional text:** | | | |
| | References Report re: Conditional Release filed on 6/9/17 | | | |
| 06-09-2017 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter received from Medota Mental Health Institute | | | |
| 06-06-2017 | Transcript | | | |
| | **Additional text:** | | | |
| | transcript-court trial (cont'd)-9-8-16 | | | |
| 05-26-2017 | Video conferencing | | | |
| | **Additional text:** | | | |
| | defendant | | | |
| 05-26-2017 | Notice of hearing | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Hearing on July 14, 2017 at 01:30 pm.

05-26-2017　Hearing　　Gonring, Andrew T　　Stuesser, Cindy A

**Additional text:**

Def via video & by Atty Gary R Schmaus in person.  Atty Mark David Bensen appeared for State.  Clerk: CP.  Def has petitioned for conditional release.  Atty Schmaus requests def be allowed to view Dr Collins' report; Court will allow counsel to send copy to def, but report shall not be copied and report shall be returned.  Def waives any time limits.  Court questions def and accepts waiver. Atty Schmaus to inform Court if he wishes Dr. Merrick be appointed to do an examination..  Hearing set 6-16-17 at 1:30pm removed from calendar.  Hearing scheduled for July 14, 2017 at 01:30 pm.

05-23-2017　Electronic Notice Update
05-19-2017　Order to produce　　Pouros, James G.
05-19-2017　Examining psychologist's report

**Additional text:**

Dr Collins Report re: Petition for Conditional Release; Confidential per Cover Sheet for Confidential Records filed 5/19/17

05-19-2017　Cover sheet for confidential records

**Additional text:**

References Report re: Petition for Conditional Release filed on 5/19/17

05-19-2017　Letters/correspondence

**Additional text:**

Fax cover sheet from Dr Collins

05-18-2017　Public defender order appointing counsel
05-18-2017　Proposed Order

**Additional text:**

Order to Produce - Video Conference

05-17-2017　Notice of hearing

**Additional text:**

Hearing on May 26, 2017 at 03:30 pm.

05-17-2017　Notes

**Additional text:**

HE set 5-26-17 at 3:30pm per request of State and counsel to allow def to waive time limits, order any reports, etc - def to appear via video; notice sent

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 05-09-2017 | Notice | | | |

**Additional text:**

Notice Concerning Exhibits - Sent to Atty Schmaus & Defendant

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-26-2017 | Order | Gonring, Andrew T | | |

**Additional text:**

Order for Examination

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-21-2017 | Notice of hearing | | | |

**Additional text:**

Hearing on June 16, 2017 at 01:30 pm.

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-21-2017 | Notice of hearing | | | |

**Additional text:**

Hearing on June 16, 2017 at 01:30 pm.

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-12-2017 | Cover sheet for confidential records | | | |

**Additional text:**

Filed w/petition for Conditional Release

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-12-2017 | Petition | | | |

**Additional text:**

Petition for Conditional Release (confidential per Cover Sheet for Confidential Records)

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-12-2017 | Letters/correspondence | | | |

**Additional text:**

Letter received from Department of Health Services

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-12-2017 | Electronic Filing Notice Mailed | | | |
| 04-12-2017 | Case Converted to Electronic Filing | | | |
| 01-26-2017 | Order | Gonring, Andrew T | | |

**Additional text:**

Defendant's Petition for Conditional Release is denied

| | | | | |
|------|-------|----------------|----------------|--------|
| 01-20-2017 | Cover sheet for confidential records | | | |

**Additional text:**

Confidential - Petition for Conditional Release

| | | | | |
|------|-------|----------------|----------------|--------|
| 01-20-2017 | Petition | | | |

**Additional text:**

Petition for Conditional Release - Confidential per Cover Sheet for Confidential Records

| | | | | |
|------|-------|----------------|----------------|--------|
| 01-20-2017 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Letter received from Department of Health Services

| | | | | |
|------|-------|----------------|----------------|--------|
| 11-01-2016 | File Retained Electronically | | | |

**Additional text:**

Documents verified with scanning; Paper file destroyed, retained electronically (scanned).

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-27-2016 | Transcript | | | |

**Additional text:**

Decision 10/5/16

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-18-2016 | Order | Gonring, Andrew T | | |
| 10-13-2016 | Order for payment | Gonring, Andrew T | | $750.00 |

**Additional text:**

Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-07-2016 | Order to Seal Document | Gonring, Andrew T | | |

**Additional text:**

Ex. #11, #12, #13 ordered sealed

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-06-2016 | Letters/correspondence | | | |

**Additional text:**

Letter received from DA Bensen

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-05-2016 | Exhibit list | | | |
| 10-05-2016 | Exhibit | | | |

**Additional text:**

Def's Ex. #10 thru #13; Plaintiff's Ex. #14 & #15 (Ex. #11, #12, #13 - sealed per 10/7/16 Order Sealing Documents)

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-05-2016 | Court trial | Gonring, Andrew T | Hardy, Tamara | |

**Additional text:**

Def appears in custody & w/Atty Gary R Schmaus. Atty Mark David Bensen for State. Clerk: CP. Continuation of trial re petition for conditional release. WITNESS: Dr. W. Merrick. Recess. Reconvene. WITNESS: Dr. W. Merrick (continued); Alvin T. Defense rests. State has no rebuttal testimony. Argument from counsel. Counsel instructed to reconvene at 3:00pm today for Court to render decision. Recess. Reconvene. Court renders oral decision - petition for conditional release is denied. State to draft order.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-28-2016 | Records scanned | | | |

**Additional text:**

Documents verified scanned correctly

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 09-27-2016 | Order to produce | Pouros, James G. | | |

**Additional text:**

Copy; 10/5/16; Mendota Mental Health Institute

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-26-2016 | Notes | | | |

**Additional text:**

Emailed State and Atty Schmaus notifying that Court expects to proceed w/trial on 10-5-16, as previously discussed.  Notice sent.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-26-2016 | Notice of hearing | | | |

**Additional text:**

Court trial on October 5, 2016 at 08:30 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-19-2016 | Order for payment | Gonring, Andrew T | | $2,950.00 |

**Additional text:**

Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-19-2016 | Order for payment | Gonring, Andrew T | | $1,200.00 |

**Additional text:**

Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-19-2016 | Order for payment | Gonring, Andrew T | | $840.00 |

**Additional text:**

Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-15-2016 | Affidavit | | | |

**Additional text:**

for Payment of Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-15-2016 | Affidavit | | | |

**Additional text:**

for Payment of Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-08-2016 | Video conferencing | | | |

**Additional text:**

Dr Rybroek

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-08-2016 | Order to Seal Document | Gonring, Andrew T | | |

**Additional text:**

Order Sealing Documents; Psychological Evaluation of Dr Merrick filed 9/1/16

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-08-2016 | Order to Seal Document | Gonring, Andrew T | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Order Sealing Documents; Conditional Release Letter filed 8/3/16

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-08-2016 | Exhibit list | | | |
| 09-08-2016 | Exhibit | | | |

**Additional text:**

Exhibits #1, 2, 3, 4, 5, 6, 7, 8, and 9

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-08-2016 | Court trial | Gonring, Andrew T | Stuesser, Cindy A | |

**Additional text:**

Def appears in custody & w/Atty Gary R Schmaus.  Atty Mark David Bensen for State.  Clerk: CP.  Court Trial re def's petition for conditional release continued.  State rests subject to possible rebuttal.  WITNESS:  Dr. Van Rybroek (by video).  Court adj to allow Dr Merrick to be present; clerk will contact counsel to schedule.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-07-2016 | Video conferencing | | | |

**Additional text:**

Dr Steven Genheimer

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-07-2016 | Court trial | Gonring, Andrew T | Hardy, Tamara | |

**Additional text:**

Def appears in custody & w/Atty Gary R Schmaus.  Atty Mark David Bensen for State.  Clerk: CP.  Court Trial re def's petition for conditional release.  Discussion re burden.  State to present their case; def case to be adj due to unavailability of witness.  WITNESS:  Dr Genheimer (via video).  Recess.  Reconvene.  WITNESS:  Dr Genheimer (continued).  Recess.  Reconvene. WITNESS:  Dale A.  Recess.  Reconvene.  Statements from State; witness for tomorrow would like to testify by phone.  Atty Schmaus objects to phone testimony but would consent to appear via video; witness was served w/subpoena to appear personally. Court expects testimony either in person or by video tomorrow morning.  WITNESS: Dr. Collins.  Recess.  Reconvene. WITNESS:  Dr. Collins (continued).  Recess.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-06-2016 | Affidavit | | | |

**Additional text:**

for Payment of Psychological Fees

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-01-2016 | Notes | | | |

**Additional text:**

Psychological Evaluation by Dr. Merrick e-mailed to DA's office & defense counsel

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-01-2016 | Letters/correspondence | | | |

**Additional text:**

Letter received from Dr Merrick

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 09-01-2016 | Examining psychologist's report | | | |

**Additional text:**

Psychological Evaluation of Dr Merrick; Sealed per Order Sealing Documents filed 9/8/16

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-19-2016 | Video conferencing | | | |

**Additional text:**

defendant

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-19-2016 | Order to produce | | | |

**Additional text:**

Copy - 9/7 - Mendota Mental Health Institute

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-19-2016 | Status conference | Gonring, Andrew T | Brady, Magie | |

**Additional text:**

Def via video & by Atty Gary R Schmaus in person. Atty Mark David Bensen appeared for State. Clerk: CP. Def consents to appearing via video and continues to waive any deadlines that may relate to this matter. Court questions counsel. Def shall be produced in person for trial set to begin 9-7; State to prepare OTP. Discussion re witnesses. Court signs subpoena for State. Dr Merrick's report has not been filed; Dr indicated he did not get order, but now has meeting set up w/def for 8-29 and will file report by 9-2. Court does not require any memorandums be submitted prior to trial. Issue = whether or not def can safely be released to community with appropriate conditions. Court will allow video or telephone testimony, if necessary. Atty Schmaus to check w/Dr Merrick re if he is requiring a subpoena to appear for trial. If any other witness requires subpoena, Court will sign upon being provided document.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-09-2016 | Notes | | | |

**Additional text:**

NGI Report e-mailed to DA's office & defense counsel

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-09-2016 | Examining psychologist's report | | | |

**Additional text:**

Dr Collins; Confidential

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-09-2016 | Letters/correspondence | | | |

**Additional text:**

Fax cover sheet received from Dr Collins

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-09-2016 | Order to produce | Gonring, Andrew T | | |

**Additional text:**

via video conference; Copy; 8/19/16; Mendota Mental Health Institution

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-03-2016 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Conditional Release Letter; Sealed per Order Sealing Documents filed 9/8/16

| 04-27-2016 | Demand for discovery | | | |

**Additional text:**

State's Discovery Demand

| 03-31-2016 | Order | Gonring, Andrew T | | |

**Additional text:**

Order for Examination Under 971.17(4)(c) Not Guilty by Reason of Mental Disease or Defect

| 03-30-2016 | Letters/correspondence | | | |

**Additional text:**

Letter from Judicial Assistant for Branch 4 to Mendota Mental Health Institution

| 03-30-2016 | Video conferencing | | | |

**Additional text:**

Defendant

| 03-30-2016 | Notice of hearing | | | |

**Additional text:**

Status conference on August 19, 2016 at 11:00 am.

Court trial on September 7, 2016 at 08:15 am.

| 03-30-2016 | Hearing | Gonring, Andrew T | Hardy, Tamara | |

**Additional text:**

Def appears in custody via video & w/Atty Gary R Schmaus in person.  Atty Mark David Bensen for State.  Clerk: CP.  Court questions counsel; Atty Schmaus has obtained info that he needed from Mendota and is prepared to set trial.  Def is willing to waive jury and have 2-3 day trial to the Court.  Court questions def & counsel; Court finds def has knowingly, freely and voluntarily waived right to jury trial.  Court sets 2 1/2 day trial to begin on 9-7-16; def to appear in person. Court also sets status w/def to appear via video - Court may require memorandums to be submitted.  Court previously rec'd request from Mendota to provide copies of independent evaluations to them; def objects - Court will therefore not release.  Atty Schmaus requests and Court orders Dr Merrick and Dr Collins to provide an update to reports completed last fall prior to trial.  Court questions Ms Den Otter, LSW, who is present w/def - explanation provided re treatment letter; Court orders update to treatment letter of 8/2015 from Mendota to be completed prior to trial.  Court trial scheduled for September 7, 2016 at 08:15 am.  Status conference scheduled for August 19, 2016 at 11:00 am.

| 03-15-2016 | Order to produce | Martens, Todd K. | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | via video conference; Copy; 3/30/16; Mendota Mental Health Institution | | | |
| 02-05-2016 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Hearing at 03-30-2016 09:00 am | | | |
| 02-05-2016 | Notes | | | |
| | **Additional text:** | | | |
| | HE set 2-9-16 at 1:30pm rescheduled to 3-30-16 at 9:00am per req of Atty Schmaus and no objection from DA; notice sent | | | |
| 01-11-2016 | Order to produce | Pouros, James G. | | |
| | **Additional text:** | | | |
| | via video conference; Copy; 2/9/16; Mendota Mental Health Institution | | | |
| 01-08-2016 | Notes | | | |
| | **Additional text:** | | | |
| | HE set 1-11-16 at 11:00am rescheduled to 2-9-16 at 1:30pm per Atty Schmaus and no objection from State; Atty Schmaus needs additional time to obtain records and meet w/def. Aty Schmaus to send confirming letter. | | | |
| 12-29-2015 | Order to produce | Gonring, Andrew T | | |
| | **Additional text:** | | | |
| | (copy) Order to Produce Inmate for Video Conference Hearing; Mendota Mental Health Institution; 1/11/16 | | | |
| 12-07-2015 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter received from Mendota Mental Health Institute | | | |
| 11-18-2015 | Video conferencing | | | |
| | **Additional text:** | | | |
| | Defendant | | | |
| 11-18-2015 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Hearing at 01-11-2016 11:00 am | | | |
| 11-18-2015 | Hearing | Gonring, Andrew T | Hardy, Tamara | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def appears in custody via video & w/Atty Gary R Schmaus in person. Atty Mark D. Bensen for State. Clerk: CP. Atty Schmaus is waiting for additional records from Mendota and would like to meet w/def in person; counsel req 30-day adj. Def continues to waive any time limits and does not object to adj. Def consents to appearing by video for next hearing. Hearing scheduled for January 11, 2016 at 11:00 am.

| | | | | |
|---|---|---|---|---|
| 10-12-2015 | Order for payment | Gonring, Andrew T | | $1,080.00 |

**Additional text:**

for Psychological Fees

| | | | | |
|---|---|---|---|---|
| 10-08-2015 | Order to Seal Document | Gonring, Andrew T | | |

**Additional text:**

Order Sealing Documents; Psychological Evaluation Conditional Release Report submitted by William A Merrick Ph.D. on 9/21/15

| | | | | |
|---|---|---|---|---|
| 10-05-2015 | Order to produce | Muehlbauer, James K | | |

**Additional text:**

via video conference; Copy; 11/18/15; Mendota Mental Health Institution

| | | | | |
|---|---|---|---|---|
| 10-02-2015 | Notice of hearing | | | |

**Additional text:**

Hearing at 11-18-2015 10:00 am

| | | | | |
|---|---|---|---|---|
| 10-02-2015 | Hearing | Gonring, Andrew T | Verhasselt, Brittany T | |

**Additional text:**

Def appears via phone & w/Atty Gary R Schmaus in person. Atty Mark D. Bensen for State. Clerk: CP. Def appearing via phone due to malfunction of video conference equipment. Def consents to appearing via phone. Reivew of Dr reports re petition for conditional release. Reports have been rec'd from Dr Collins & Dr Merrick; one supports petition, one does not. Def had jury trial previously in Dunn Co on same issue. Counsel to discuss option of jury trial vs court trial w/def and req adj; counsel has also requested records from Mendota. Def waives any time limits re this petition; Court accepts waiver. Def to appear by video for next hearing; State to prepare OTP. Hearing scheduled for November 18, 2015 at 10:00 am.

| | | | | |
|---|---|---|---|---|
| 09-30-2015 | Order for payment | Gonring, Andrew T | | $3,550.00 |

**Additional text:**

for Psychological Fees

| | | | | |
|---|---|---|---|---|
| 09-25-2015 | Notes | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Copy of Psychological Evaluation Conditional Release sent to DA and Def Atty Schmaus

09-21-2015   Other papers

**Additional text:**

Psychological Evaluation Conditional Release Report submitted by Dr Merrick Ph.D. on 9/21/15; Sealed per Order Sealing Documents signed 10/8/15

09-21-2015   Letters/correspondence

**Additional text:**

Fax cover sheet from Dr Merrick

09-17-2015   Order to produce

**Additional text:**

10/2/15 - Mendota Mental Health Institution

09-16-2015   Notes

**Additional text:**

Report by Dr. Collins filed 9/9/15 e-mailed to defense counsel and the DA.

09-10-2015   Notice of hearing

**Additional text:**

Hearing at 10-02-2015 03:00 pm

09-10-2015   Notes

**Additional text:**

HE set 9-18-15 at 11:00am rescheduled to 10-2-15 at 3:00pm per request of Atty Schmaus, no objection from DA and consent of Court to allow Dr Merrick more time to complete evaluation of def; notice sent

09-09-2015   Other papers

**Additional text:**

Confidential Document Inquiry

09-09-2015   Examining physician's report

**Additional text:**

Report by Dr. Collins - Confidential

09-09-2015   Letters/correspondence

**Additional text:**

Letter received from Atty Schmaus

09-09-2015   Notes

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Report by Dr. Collins dated 9/9/15 e-mailed to DA & Def's Atty

09-09-2015    Letters/correspondence

**Additional text:**

Letter received from Behavioral Consultants (Fax Cover Sheet)

09-04-2015    Order to produce     Pouros, James G.

**Additional text:**

via video conference; Copy; 9/18/15; Mendota Mental Health Institution

08-26-2015    Order to Seal Document     Gonring, Andrew T

**Additional text:**

Order Sealing Documents; Conditional Release Letter dated 8/17/15

08-24-2015    Letters/correspondence     Gonring, Andrew T

**Additional text:**

Conditional Release Letter dated 8/17/15; Sealed per Order Sealing Document signed 8/26/15

08-05-2015    Order     Gonring, Andrew T

**Additional text:**

Order for Examination Under 971.17(4)(c) (Not Guilty by Reason of Mental Disease or Defect)

08-05-2015    Notice of hearing

**Additional text:**

Hearing at 09-18-2015 11:00 am

08-03-2015    Other papers

**Additional text:**

Curriculum Vita for William A Merrick, Ph.D.

08-03-2015    Letters/correspondence

**Additional text:**

Letter received from Atty Schmaus

07-28-2015    Hearing     Gonring, Andrew T     Hardy, Tamara

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def via video conference & by Atty Gary R Schmaus in person. Atty Mark D. Bensen appeared for State. Clerk: CP. Def has petitioned for supervised release. Court questions counsel/def re time limits. Def waives any time limits re examination or any other aspect of petition for conditional release; Court accepts waiver. Discussion re doctors to be appointed - Atty Schmaus requests Dr Gary Maier be appointed. Court requests Atty Schmaus contact Dr Maier to see if he would want to do examination, has qualifications and how much time is needed - Atty Schmaus to provide info to Court and State; if Dr. Maier agrees, Court will appoint. Court questions def again re time limits; def agrees to waive any and all time limits. Court anticipates appointing Dr Collins & Dr Maier - counsel to be contacted to set further hearing upon info being provided as to how long is needed for reports to be completed. Def does not have any petitions pending in other counties/cases.

07-22-2015   Order to produce                Martens, Todd K.

**Additional text:**

via video conference; Copy; 7/28/15; Mendota Mental Health Institution

07-22-2015   Letters/correspondence

**Additional text:**

Letter received from Human Services Dept

07-15-2015   Public defender order appointing
             counsel

07-13-2015   Notes

**Additional text:**

Petiition for Conditional Release & Letter from Mendota received 7/6, and Notice of Hearing sent to Public Defender's office; Atty. Schmaus will be sending letter; if Atty. Schmaus is to represent defendant, need and Order to Appoint

07-07-2015   Notice of hearing

**Additional text:**

Hearing at 07-28-2015 11:00 am

07-06-2015   Letters/correspondence

**Additional text:**

Letter received from Mendota Mental Health Institute

07-06-2015   Petition

**Additional text:**

Petition for Conditional Release

05-09-2014   Order for payment                Gonring, Andrew T                    $1,500.00

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

for Psychological Fees

03-13-2014　Status hearing　　Gonring, Andrew T　　Hardy, Tamara

**Additional text:**

Def via video conference & by Atty Gary R. Schmaus in person.  Atty Stephanie L. Hanson appeared for State.  Clerk: CP. Statements from counsel; def req to withdraw petition for conditional release.  Court questions def and counsel.  Based upon request, Court dismisses petition for conditional release.  Court trial set 5-5-14, 5-6-14 & 5-7-14 removed from calendar.

03-12-2014　Order to produce　　Martens, Todd K.

**Additional text:**

via video conference; Copy; 3/13/14; Mendota Mental Health Institution

03-11-2014　Notice of hearing

**Additional text:**

Status hearing on March 13, 2014 at 10:00 am.

03-11-2014　Notes

**Additional text:**

Status hearing set 3-20-14 at 10:30am rescheduled to 3-13-14 at 10:00am per req of Atty Schmaus - def expected to withdraw petition; video conference arrangements made.  DA notified via email and notice sent.

03-06-2014　Demand for discovery

**Additional text:**

State's Discovery Demand

03-06-2014　Order to produce　　Martens, Todd K.

**Additional text:**

via video conference; Copy; 3/20/14; Mendota Mental Health Institute

11-25-2013　Notice of hearing

**Additional text:**

Status hearing on March 20, 2014 at 10:30 am.

11-25-2013　Notice of hearing

**Additional text:**

Court trial on May 5, 2014 at 08:15 am.

11-25-2013　Status hearing　　Gonring, Andrew T　　Hardy, Tamara

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def appears in custody via video conference & w/Atty Gary R Schmaus in person.  Atty Mark D Bensen for State.  Clerk: CP.  Counsel indicates he has met w/State and provided additional records to them; agreement has been reached that burden is on State to prove def cannot safely be released.  Counsel is confident matter can be set for 3-day court trial.  Def previously waived right to jury trial and continues that waiver.  Court questions def and accepts waiver.  Def continues to waive any time limits; Court accepts waiver.  Court sets court trial; Def shall be produced in person  - State to prepare OTP.  Def to appear by video for status hearing; State to prepare video OTP. Three day Court trial scheduled to begin May 5, 2014 at 08:15 am.  Status hearing scheduled for March 20, 2014 at 10:30 am.

| 11-19-2013 | Order to produce | Martens, Todd K. | | |

**Additional text:**

via video conference; Copy; 11/25/13; Mendota Mental Health Institution

| 11-19-2013 | Notice of hearing | | | |

**Additional text:**

Status hearing on November 25, 2013 at 03:30 pm.

| 11-19-2013 | Notes | | | |

**Additional text:**

SHE set 11-25-13 at 8:30am rescheduled to 3:30pm on same day, 11-25-13 per req of Atty Schmaus and no objection from DA; notice sent.

| 11-06-2013 | Order to produce | Martens, Todd K. | | |

**Additional text:**

via video conference; Copy; 11/25/13; Mendota Mental Health Institution

| 10-24-2013 | Notice of hearing | | | |

**Additional text:**

Status hearing on November 25, 2013 at 08:30 am.

| 10-24-2013 | Notes | | | |

**Additional text:**

Status hearing set 11-25-13 at 8:30am per req of State and Atty Schmaus; notice sent

| 08-16-2013 | Status hearing | Gonring, Andrew T | Hardy, Tamara | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def via video conference & by Atty Gary R Schmaus in person.  Atty Mark D Bensen appeared for State.  Clerk: CP.  Def consents to appearing via video for today's hearing.  Statements from counsel; request for additional records has been made - he is expecting to receive info shortly and will provide copies to State.  Statements from counsel re additional expert on behalf of def; counsel is not asking for court to appoint additional examiner and needs to request additional funding from SPD.  Counsel expects court trial to take three days.  Discussion re additional examiners.  Before Court will set trial, determination needs to be made as to who will be testifying so both sides can properly prepare and Court can set appropriate length of trial.  Discussion re who has burden and what that burden is - Court directs counsel & State to determine who has burden and what burden is and discuss in-depth who is actually going to be testifying.  If issue as to whether or not def is entitled to have additional examiners of his choosing, then State needs to determine if they will be asking for additional examination as well.  Counsel & State to come to agreement re what procedure will be followed.  Adj to allow Atty Schmaus to obtain additional reports and for discussions to take place between State & counsel as indicated.  Def continues to waive any time limits.  Atty Schmaus to contact clerk to schedule another status hearing - def agrees to appear via video conf for that hearing.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 07-22-2013 | Order for payment | Gonring, Andrew T | | $1,120.00 |

**Additional text:**

For Psychological Fees

| Date | Event | Court official |
|------|-------|----------------|
| 07-12-2013 | Order to produce | Martens, Todd K. |

**Additional text:**

via video conference; Copy; 8/16/13; Mendota Mental Health Institution

| Date | Event |
|------|-------|
| 07-08-2013 | Notice of hearing |

**Additional text:**

Status hearing on August 16, 2013 at 01:30 pm.

| Date | Event | Court official | Court reporter |
|------|-------|----------------|----------------|
| 07-08-2013 | Hearing for Taylor, Alvin (nmi) | Gonring, Andrew T | Hardy, Tamara |

**Additional text:**

Def via video conference & by Atty Gary R Schmaus in person.  Atty Mark D Bensen appeared for State.
 Clerk: CP.  Statements from counsel.  Def waives right to jury trial.  Court questions def and accepts waiver.  Counsel needs to acquire certain records from Mendota, is in process of scheduling appt w/Dr. Berney, and may wish to have additional expert testify.  Counsel req status date be set.  Def continues waiver of any time limits; Court accepts waiver.  Court sets status hearing - status to be used to discuss who will testify at trial, under what authority additional witnesses may testify and length of trial.  Def agrees to appear via video conference at next hearing.  Status hearing scheduled for 08-16-2013 at 01:30 pm.

| Date | Event |
|------|-------|
| 07-08-2013 | Notes |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

HE set 7-8-13 at 4:00pm changed to 3:45pm same day per direction of Court and coordination w/counsel, State and Mendota.

06-13-2013　Order to produce　　　　　　　Muehlbauer, James K

**Additional text:**

Order to Produce Inmate for Video Conference Hearing; Copy; 7/8/13; Mendota Mental Health Institution

06-12-2013　Order to Seal Document　　　　Gonring, Andrew T

**Additional text:**

Order Sealing Documents; Letter submitted by David Esser, TRAC 3 Unit Manager, Murray Kapell, MD, TRAC 3 Psychiatrist, James LeClair, Ph.D., TRAC 3 Psychologist, and Paul Jones LCSW, RN, MMHI Social Services Supervisor on 6/3/13

06-11-2013　Notice of hearing

**Additional text:**

Hearing on July 8, 2013 at 04:00 pm.

06-11-2013　Hearing for Taylor, Alvin (nmi)　　Gonring, Andrew T　　Hardy, Tamara

**Additional text:**

Def appears in custody via video conference & w/Atty Gary R Schmaus in person.  Atty Mark D Bensen for State.
  Clerk: CP.  Def consents to appear via video for today's hearing.  Reports from Dr Collins & Dr Berney have been received.  Statements from counsel; adj requested to allow counsel to meet w/def.  Def continues waiver of any time limits; Court accepts waiver.  Next hearing to determine if case will be proceeding to trial (jury or court).  Def consents to appearing by video for next hearing.  Hearing scheduled for 07-08-2013 at 04:00 pm.

06-07-2013　Notes

**Additional text:**

Evaluation emailed to DA & defense counsel

06-06-2013　Examining psychologist's report

**Additional text:**

Dr Collins; Sealed

06-06-2013　Letters/correspondence

**Additional text:**

Fax cover sheet from Behavioral Consultants Inc

06-05-2013　Letters/correspondence

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Letter from Behavioral Consultants Inc

06-05-2013　Notes

**Additional text:**

Evaluation by Dr. Berney rec 6/4/13 e-maile to DA & defense counsel

06-04-2013　Examining psychologist's report

**Additional text:**

Dr Berney; Sealed

06-04-2013　Letters/correspondence

**Additional text:**

Fax cover sheet from Dr Berney

06-03-2013　Letters/correspondence

**Additional text:**

Letter submitted by David Esser, TRAC 3 Unit Manager, Murray Kapell, MD, TRAC 3 Psychiatrist, James LeClair, Ph.D., TRAC 3 Psychologist, and Paul Jones, LCSW, RN, MMHI Social Services Supervisor; Sealed per Order Sealing Documents 6/12/13

05-06-2013　Order to produce　　　　　Pouros, James G.

**Additional text:**

Order to Produce Inmate for Video Conference Hearing; Copy; 6/11/13; Mendota Mental Health Institution

05-03-2013　Notice of hearing

**Additional text:**

Hearing on June 11, 2013 at 02:30 pm.

05-02-2013　Order　　　　　　　　Gonring, Andrew T

**Additional text:**

Order for Examination Under 971.17(4)(c) (Not Guilty by Reason of Mental Disease or Defect)

| Date | Event | Court official | Court reporter |
|------|-------|----------------|----------------|
| 05-02-2013 | Judicial transfer | Gonring, Andrew T | Hardy, Tamara |
| 05-02-2013 | Hearing for Taylor, Alvin (nmi) | Gonring, Andrew T | Hardy, Tamara |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Def via video conf & by Atty Gary R Schmaus in person.  Atty Mark D Bensen appeared for State.

  Clerk: CP.  Def has filed petition for conditional release.  Statements from counsel; counsel has spoken w/def by phone and has rec'd some discovery and updated reports.  Counsel needs to review old statutes.  Def also has Dunn Co case; req for conditional release there was previously denied by jury trial.  Court finds def is entitled to re-examination by two doctors. Court appoints Dr Kent Berney and Dr Deborah Collins to examine def for purpose of conditional release.  Def waives any time limits.  Court questions def and accepts waiver.  Court will set status hearing to review reports and determine how to proceed.  Def agrees to appear by video conference for next hearing; State to prepare OTP.  Clerk to contact counsel to schedule status hearing.

| 04-29-2013 | Public defender order appointing counsel | | | |
| 04-18-2013 | Order to produce | Gonring, Andrew T | | |

**Additional text:**

Order to Produce Inmate for Video Conference Hearing; Copy; 5/2/13; Mendota Mental Health Institution

| 04-11-2013 | Change of address notification for Taylor, Alvin (nmi) | | | |

**Additional text:**

ADDRESS INFO for Taylor, Alvin (nmi)

Current: 301 Troy Drive, Mendota Mental Health Institute, Madison, WI 53704-1521 United States  (Effective: 04-11-2013)

Prior:

| 04-11-2013 | Notice of hearing | | | |

**Additional text:**

Hearing on May 2, 2013 at 11:00 am.

| 04-08-2013 | Petition | | | |

**Additional text:**

Petition for Conditional Release

| 04-08-2013 | Letters/correspondence | | | |

**Additional text:**

Letter from Department of Health Services

| 04-11-2008 | Final disposition of exhibit | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Exhibits destroyed inasmuch as no request for exhibits was made per Notice of Destruction of Exhibits dated 2-1-08 posted in the COC Office for 60 days. | | | |
| 11-15-1990 | Other papers | Schlaefer, Leo F. | | |
| 10-10-1990 | Dispositional order/judgment | Washington County, Unassigned | | |
| 10-10-1990 | Charge disposition entered | | | |
| 10-10-1990 | Other papers | Schlaefer, Leo F. | Jagow, Kathy | |
| 08-24-1990 | Information | | | |
| 08-24-1990 | Other papers | Schlaefer, Leo F. | | |
| 07-12-1990 | Initial appearance | Washington County, Unassigned | | |
| 07-12-1990 | Signature bond signed | | | $10,000.00 |
| 07-12-1990 | Other papers | Schlaefer, Leo F. | | |
| 07-12-1990 | Other papers | Schlaefer, Leo F. | | |
| 06-20-1990 | Letters/correspondence | | | |
| 06-20-1990 | Hearing | Washington County, Unassigned | | |
| 10-10-1988 | Other papers | Schlaefer, Leo F. | | |
| 10-05-1988 | Letters/correspondence | | | |
| 10-05-1988 | Notes | | | |
| 10-03-1988 | Other papers | Schlaefer, Leo F. | | |
| 07-07-1987 | Public defender order appointing counsel | | | |
| 07-02-1987 | Other papers | | | |
| 07-02-1987 | Complaint filed | | | |